AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

YANA IVANOV

*Plaintiff(s)*

v.

Civil Action No. 19-3422

BUILDERDOME, INC. and ALEX ROZENGAUS

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> ALEX ROZENGAUS
> 115 EAST 23RD STREET
> 3RD FLOOR
> NEW YORK, NY 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> JARED LEFKOWITZ
> 1001 AVENUE OF THE AMERICAS, 11TH FLOOR
> NEW YORK, NY 10018    (212) 682-1440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/18/2019

/S/ P. NEPTUNE

*Signature of Clerk or Deputy Clerk*