```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YANA IVANOV,

                    Plaintiff,

        -v-

BUILDERDOME, INC. & ALEX ROZENGAUS,

                    Defendants.
------------------------------------------------------------------X

19-cv-3422 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Parties are directed to appear for a telephonic status conference on February 11, 2021 at 2:00 p.m.  Parties are directed to dial 888-251-2909 and use access code 2123101.

    SO ORDERED.

Dated: January 29, 2021
       New York, New York

                                        LEWIS J. LIMAN
                                United States District Judge