**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YANA IVANOV,

                     Plaintiff,

        -against-                                   19 **CIVIL** 3422 (LJL)

                                                       **JUDGMENT**

BUILDERDOME, INC. & ALEX ROZENGAUS,

                     Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 22, 2021, judgment is entered in favor of Defendants; accordingly, this case is closed.

**Dated:** New York, New York

       June 22, 2021


                                              **RUBY J. KRAJICK**
                                    _____
                                       **Clerk of Court**
          **BY:**                K. mango
                                      _____
                                       **Deputy Clerk**